IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMIRA K. HOOKS | : |
| v. | : NO. 24-CV-1871 |
| MARTIN J. O'MALLEY<br>*Commissioner of the Social Security Administration* | : |

**O R D E R**

MIA ROBERTS PEREZ, J.

AND NOW, this 31st day of January, 2025, upon careful and independent consideration, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. It is hereby ORDERED that the Request for Review is GRANTED IN PART and the matter remanded for review of the record by a consulting mental health expert and subsequent re-evaluation of the record by the ALJ.

BY THE COURT:

_____
MIA ROBERTS PEREZ, J.